# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AUDREY EUGENIA TRIPLETT

        Plaintiff
  v.

GORDAN E GOUVEIA
Mr.

PATRICK W YOUNG
Mr.

**Civil Action No. 2:20-cv-00097**

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____%, plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recovers nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED AND CLOSED, without prejudice to Audrey Eugenia Triplett's properly initiated appeal from the bankruptcy court's order.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P. Simon.

DATE: 3/25/2020             ROBERT N. TRGOVICH, CLERK OF COURT

                                                   by     s/M. Murray
                                                   *Signature of Clerk or Deputy Clerk*